Lois O. Rosenbaum, OSB No. 773250
lorosenbaum@stoel.com
Stephen H. Galloway, OSB No. 093602
shgalloway@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Paul R. Bessette (Admitted *Pro Hac Vice*)
pbessette@kslaw.com
Michael J. Biles (Admitted *Pro Hac Vice*)
mbiles@kslaw.com
James P. Sullivan (Admitted *Pro Hac Vice*)
jsullivan@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX  78701
Telephone:  (512) 457-2050
Facsimile:  (512) 457-2100

Attorneys for Defendant Galena Biopharma, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| In Re GALENA BIOPHARMA, INC. DERIVATIVE LITIGATION, | Case No.: 3:14-cv-382-SI LEAD |
| This Document Relates To: ALL ACTIONS. | 3:14-cv-514-SI 3:14-cv-516-SI |
| | **DEFENDANT GALENA BIOPHARMA, INC.'S RESPONSE TO PETITION TO INTERVENE** |

Page 1   -   DEFENDANT GALENA BIOPHARMA, INC.'S RESPONSE TO
            PETITION TO INTERVENE

78824696.1 0052719-00002

Defendant Galena Biopharma, Inc. ("Galena") submits to the Court for its consideration with respect to the Motion to Intervene as Plaintiffs a Report and Recommendation of Magistrate Jeanne J. Graham of the U.S. District Court for the District of Minnesota and Amended Order on Report and Recommendation adopting the Report and Recommendation. Both documents are attached to the Declaration of Lois O. Rosenbaum filed herewith. The Report and Recommendation notes that Mr. Rich, an inmate at the state prison in Bellefonte, Pennsylvania, has a long history of filing frivolous motions across the country, and the Amended Order directs the Clerk of Court for the District of Minnesota to refuse any type of filing submitted by Mr. Rich unless he receives the permission of that court.

DATED:  April 13, 2015.          STOEL RIVES LLP

*/s/ Lois O. Rosenbaum*
Lois O. Rosenbaum, OSB No. 773250
lorosenbaum@stoel.com
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380

KING & SPALDING LLP

Paul R. Bessette, (Admitted *Pro Hac Vice*)
pbessette@kslaw.com
Michael J. Biles, (Admitted *Pro Hac Vice*)
mbiles@kslaw.com
James P. Sullivan, (Admitted *Pro Hac Vice*)
jsullivan@kslaw.com
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: (512) 457-2050

Attorneys for Defendant Galena Biopharma, Inc.

Page 2   -   DEFENDANT GALENA BIOPHARMA, INC.'S RESPONSE TO
             PETITION TO INTERVENE