Lois O. Rosenbaum, OSB No. 773250
lorosenbaum@stoel.com
Stephen H. Galloway, OSB No. 093602
shgalloway@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Paul R. Bessette (Admitted *Pro Hac Vice*)
pbessette@kslaw.com
Michael J. Biles (Admitted *Pro Hac Vice*)
mbiles@kslaw.com
James P. Sullivan (Admitted *Pro Hac Vice*)
jsullivan@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: (512) 457-2050
Facsimile: (512) 457-2100

Attorneys for Defendant Galena Biopharma, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In Re GALENA BIOPHARMA, INC. DERIVATIVE LITIGATION, | Case No.: 3:14-cv-382-SI LEAD |
| This Document Relates To: ALL ACTIONS. | 3:14-cv-514-SI 3:14-cv-516-SI |
| | **DECLARATION OF LOIS O. ROSENBAUM IN SUPPORT OF RESPONSE TO PETITION TO INTERVENE** |

Page 1 - DECLARATION OF LOIS O. ROSENBAUM IN SUPPORT OF RESPONSE TO PETITION TO INTERVENE

I, Lois O. Rosenbaum, declare under the penalty of perjury:

1. I am a partner in the firm of Stoel Rives LLP and am the one of the attorneys representing defendant Galena Biopharma, Inc. in the above captioned action. The information in this declaration is based on my personal knowledge and I am competent to testify to the matters herein.

2. Attached as Exhibit 1 is a true copy of a Report and Recommendation filed on October 8, 2014 in the United States District Court for the District of Minnesota, Civil No. 11-2350 (MJD/JJG).

3. Attached as Exhibit 2 is a true copy of an Amended Order on Report and Recommendation filed in that same case on November 17, 2014.

**I hereby declare that the above statement is true and correct to the best of my knowledge and belief, and that i understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: April 13, 2015.

*/s/ Lois O. Rosenbaum*
Lois O. Rosenbaum, OSB No. 773250