UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Myra Catherine Solliday,

        Plaintiff,

v.

Director of Bureau of Prisons, Regional Director Michael K. Nalley, and Office of General Counsel, Federal Bureau of Prisons,

        Defendants.

Civil No. 11-cv-2350 (MJD/JJG)

**AMENDED ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Quintez Talley, Jonathan Rich, Jimmy Thula, and Eddie Breivik's Motion to Intervene (ECF No. 55) is **DENIED.**

3. Jonathan Lee Riches (a.k.a. Jonathan Rich, Rich Johnny Lee, Gordon Gekko, Ryan Howard, Mats Sundin, Trevor Wikre, or anyone signing with Inmate Identification Number KX9662) is a restricted filer in this district. Riches is prohibited from filing any more documents in this case [or new cases] and the Clerk of Court for the District of Minnesota must refuse any type of filings submitted by Mr. Riches in this

case unless he receives permission to file the proposed document from a United States Magistrate Judge or unless the document is signed by a licensed attorney.

4. Quintez Talley, Jimmy Thula (a.k.a. Jimmy Thule, Jimmy Jahar Thula, Jimmy James Thule, and James Jared Thule), and Eddie Breivik (a.k.a. Edward Breivik) be forewarned that if they make more frivolous filings in this District, they may be added to the District's list of "restricted filers"; and

5. The Clerk's Office mail a copy of this order to each of the Movants at the addresses listed in their Motion [Doc. #55].

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 14, 2014          s/Michael J. Davis
                                                   MICHAEL J. DAVIS
                                                   Chief United States District Judge