

# STOLL BERNE
STOLL STOLL BERNE LOKTING & SHLACHTER P.C. LAWYERS

Steve D. Larson
slarson@stollberne.com

February 4, 2016

***Via Hand Delivery***

Hon. Judge Michael H. Simon
United States District Judge
1000 Southwest Third Avenue
Room 1327
Portland, OR  97204

Re:    *In Re Galena Biopharma Inc. Derivative Litigation*
       <u>Case No. 3:14-cv-00382-SI</u>

Dear Judge Simon:

I write in furtherance of our letter dated February 2, 2016 (Docket No. 108) and the Court's order dated February 3, 2016 (Docket No. 111) in connection with the motion for preliminary approval of the settlement of the referenced action.  We are pleased to advise the Court that we have agreed to coordinate our efforts with the Federal plaintiffs in the referenced litigation and to withdraw our objection to the motion for preliminary approval.

Respectfully yours,

Steve D. Larson

SDL:aam
Enclosure

cc:    Counsel of Record