# EXHIBIT A

Lois O. Rosenbaum, OSB No. 773250
lorosenbaum@stoel.com
Stephen H. Galloway, OSB No. 093602
shgalloway@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Paul R. Bessette (*Pro Hac Vice*)
pbessette@kslaw.com
Michael J. Biles (*Pro Hac Vice*)
mbiles@kslaw.com
James P. Sullivan (*Pro Hac Vice*)
jsullivan@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX  78701
Telephone:  (512) 457-2000
Facsimile:  (512) 457-2100

      Attorneys for Defendants


## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION


| | |
|---|---|
| In Re GALENA BIOPHARMA, INC. DERIVATIVE LITIGATION, | Case No.: 3:14-cv-382-SI |
| | LEAD |
| This Document Relates To: ALL ACTIONS. | 3:14-cv-514-SI |
| | 3:14-cv-516-SI |
| | DECLARATION OF THOMAS J. KNAPP IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENT |

Page 1   -   DECLARATION OF THOMAS J. KNAPP

I, Thomas J. Knapp, declare under penalty of perjury:

1.      I make this declaration in support of final approval of the settlement in this matter (the "Settlement"). I have personal knowledge of and am competent to testify to the matters stated herein.

2.      I am currently employed as Interim General Counsel and Corporate Secretary for Galena Biopharma, Inc. ("Galena").

3.      Pursuant to the February 2, 2016 Amended Stipulation and Agreement of Settlement (the "Stipulation"), on March 2, 2016, Galena received by wire transfer from two of its insurers, CNA and XL, the sum of $15 million as part of the Settlement.

4.      Pursuant to the disclosures made in the Company's December 4, 2015 Current Report on Form 8-K filed with the Securities and Exchange Commission, on March 3, 2016, Galena made a payment by wire transfer of $15 million to the class action settlement fund as part of the settlement of that matter.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on April 14, 2016 at Bethesda, Maryland.

_____

Thomas J. Knapp

Page 2   -   DECLARATION OF THOMAS J. KNAPP